UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JACOB CARL BUTLER, et al., )<br>)<br>Defendants. ) | No. 3:23-cv-00071-JPH-MJD |

**ORDER STRIKING INITIAL DISCLOSURES**

Federal Rule of Civil Procedure 5(d)(1) and Local Rule 26-2 prohibit the **filing** of discovery materials except when filed in relation to a motion under Fed R. Civ P. 26(c) or 37, in anticipation of use at trial or on appeal, or in response to a court order. Instead, routine discovery must be **served** on opposing parties using a method described under Fed. R. Civ. P. 5(b)(2). The only document that may be filed would be a "Notice of Service of Initial Disclosure". On July 7, 2023, counsel for Defendants University of Evansville and University of Evansville Board of Trustees (UE Defendants) filed their actual disclosures. [Dkt. 42.] Also on that same date, counsel for Defendant Jacob Butler filed his actual disclosures. [Dkt. 43.] Both filings [Dkts. 42 & 43] were in violation of Fed. R. Civ. P. 5(d)(1) and L.R. 26-2. Therefore, the Court hereby **STRIKES** UE Defendants' Rule 26(a)(1)(A) Initial Disclosure Statement [Dkt. 42], and Defendant Jacob Butler's Initial Disclosures [Dkt. 43]. The **Clerk is directed** to show Docket Nos. [42 & 43] as **stricken** from the docket.

SO ORDERED.

Dated: 2 AUG 2023

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.