**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| **ASHLEE E. PADGETT, et al.** )<br> )<br> **Plaintiffs,** )<br>v. )   Cause No. 3:23-cv-00071-JPH-CSW<br> )<br>**JACOB CARL BUTLER, et al.,** )<br> )<br> **Defendants.** ) | |

### DEFENDANT EVSC'S MOTION TO EXCUSE NON-PARTY INSURANCE REPRESENTATIVE FROM PERSONALLY ATTENDING SETTLEMENT CONFERENCE

Come now Defendants, Evansville Vanderburgh School Corporation and Evansville Vanderburgh School Corporation Board of Trustees ("EVSC"), and move the Court for an order allowing EVSC to have its non-party insurance representative attend the Settlement Conference by telephone.

1. EVSC has insurance coverage, subject to a reservation of rights, in this case through Liberty Mutual Insurance.

2. Liberty Mutual is a non-party in this case, and EVSC has no control over the work and personal schedule of Liberty Mutual's insurance representative for this case.

3. Liberty Mutual's insurance representative in this case is Senior Tech Claim Specialist II, Amanda Eades, and she resides in North Carolina.

4. Ms. Eades has communicated that she has a previously scheduled personal travel that will preclude her from being present in person for the Settlement Conference on December 18, 2023.

5. Ms. Eades can make herself available by telephone for the settlement conference on December 18, 2023.

6. This motion is in good faith, and based on the availability of a non-party over whom EVSC has no control.

WHEREFORE, EVSC requests an order allowing EVSC to have its non-party insurance representative Amanda Eades attend the Settlement Conference by telephone and for all other just and proper relief in the premises.

I affirm under penalties of perjury that the foregoing representations are true.

*/s/ Patrick A. Shoulders*
Patrick A. Shoulders

Respectfully submitted,

**ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP**

By: */s/ Patrick A. Shoulders*
Patrick A. Shoulders #308-82
Robert L. Burkart #16664-82
Logan T. Tedrow #37590-53
20 NW First Street, 9th Floor
PO Box 916
Evansville, Indiana 47706-0916
Phone: (812) 424-7575
Fax: (812) 421-5089
Email: pshoulders@zsws.com; rburkart@zsws.com; ltedrow@zsws.com

*Attorneys for Defendants EVSC and Board of Trustees of EVSC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of December, 2023, a copy of the foregoing was filed electronically and service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lane C. Siesky, lane@sieskylaw.com
Douglas K. Briody,
dougbriody@gmail.com
Daniel Gearhart, dan@sieskylaw.com
**SIESKY LAW FIRM, PC**
*Attorneys for Plaintiffs*

Ryan Wallis
Emily A. Sample
William Shultz, Jr.
**MG+M The Law Firm**
rwallis@mgmlaw.com;
esample@mgmlaw.com;
wshultz@mgmlaw.com

Mark K. Phillips
**PHILLIPS LAW, P.C.**
mphillips@phillipslawpc.com
*Attorney for Defendant Jacob Carl Butler*

Carrie Mount Roelle
**KAHN, DEES, DONOVAN & KAHN, LLP**
croelle@kddk.com
*Attorneys for Defendants, University of Evansville and University of Evansville Board of Trustees*

              */s/ Patrick A. Shoulders*
              Patrick A. Shoulders