## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | | |
|---|---|---|
| ASHLEE E. PADGETT, *et al.* | ) | |
|     Plaintiffs, | ) | |
| v. | ) | Cause No. 3:23-cv-00071-JPH-CSW |
| | ) | |
| JACOB CARL BUTLER, *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

## ORDER

This matter comes before the Court on Defendants, Evansville Vanderburgh School Corporation and Board of Trustees of Evansville Vanderburgh School Corporation's, Motion to Excuse Insurance Representative from Personally Attending Settlement Conference, and the Court being duly advised in the premises, hereby **GRANTS** said Motion;

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED that non-party Liberty Mutual insurance representative Amanda Eades is excused from attending the Settlement Conference in person and is allowed to attend by telephone conference.

ORDERED this _____ day of _____, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT

*Distribution to Counsel of Record via the Court's Electronic Filing System*