UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 3:23-cv-00071-MPB-CSW |
| | ) |
| JACOB CARL BUTLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ENTRY OF DEFAULT</u>**

It now appearing from the record of this case on file in the Office of the Clerk of the Court that the Complaint for Damages (Demand for Trial by Jury) ("Complaint") of the Plaintiffs, Ashlee E. Padgett, Casey A. Boyer and Kristy A. Martin, Sean R. Giolitto and Christopher S. Pentecost, and Haley Kanizar, individually, and as the parents, next friends, and natural guardians of their respective minor children, B.L.H., S.A.B., N.C.G., and D.M.F., and the said minor children, by their respective next friends (collectively, the "Plaintiffs"), [Dkt. 1-1], was filed in the Vanderburgh Circuit Court, in Vanderburgh County, in the State of Indiana, on April 6, 2023, [Dkt. 1-2, pp. 13, 17-128]; that said action was removed to this Court on April 27, 2023, [Dkt. 1]; that, prior to said removal, a Summons and copy of said Complaint were duly served upon Defendant Day-Drian Franklin in accordance with Indiana law on April 12, 2023, [Dkt. 58; Dkt. 58-6]; and that no answer or other pleading has been filed by Defendant Day-Drian Franklin as required by law.

THEREFORE, upon request of the Plaintiffs, Ashlee E. Padgett, Casey A. Boyer and Kristy A. Martin, Sean R. Giolitto and Christopher S. Pentecost, and Haley Kanizar, individually, and as the parents, next friends, and natural guardians of their respective minor

children, B.L.H., S.A.B., N.C.G., and D.M.F., and the said minor children, by their respective next friends, default is now and hereby entered as against Defendant Day-Drian Franklin, as provided in FED.R.CIV.P. 55(a).

Dated:  December 14, 2023

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.

2