UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Cause No. 3:23-cv-00071-MPB-CSW |
| JACOB CARL BUTLER, et al., | ) |
| Defendants. | ) |

**<u>UNOPPOSED MOTION</u>**
**<u>TO EXCUSE THE INSURANCE REPRESENTATIVES OF DEFENDANTS,</u>**
**<u>UNIVERSITY OF EVANSVILLE and UNIVERSITY OF EVANSVILLE BOARD OF</u>**
**<u>TRUSTEES, FROM PERSONALLY ATTENDING SETTLEMENT CONFERENCE</u>**

Come now Defendants, University of Evansville and University of Evansville Board of Trustees ("UE Defendants"), and move the Court for an order allowing UE Defendants to have their non-party insurance representatives attend the Settlement Conference by telephone.

1. The UE Defendants have insurance coverage in this case through College Risk Retention Group, Inc., and also through Starr Indemnity and Liability Company.

2. College Risk Retention Group, Inc. and Starr Indemnity and Liability Company are non-parties in this case, and UE Defendants have no control over the work and personal schedules of the representatives of those companies.

3. College Risk Retention Group, Inc.'s insurance representative in this case is Regional Director Matthew Thomas. He resides in Connecticut. He has a conflicting appointment with the Settlement Conference and has communicated to the undersigned that he cannot attend in person but he can be available by telephone.

4. Starr Indemnity and Liability Company's insurance representative is Claims Manager Sheralyn Pierre. She resides in Georgia. She has stated to the undersigned that, due to other obligations, appearing in person at the Settlement Conference would be difficult. She can attend the Settlement Conference by telephone.

5. Undersigned counsel contacted counsel for Plaintiffs, and for Co-Defendants, Evansville-Vanderburgh School Corporation and Board of Trustees of Evansville-Vanderburgh School Corporation, and Jacob Butler, and requested that their consent to this motion. Counsel for each of those parties communicated that they do not oppose the instant motion.

WHEREFORE, Defendants, University of Evansville and University of Evansville Board of Trustees, respectfully request that this Court grant this unopposed motion and excuse the representatives of College Risk Retention Group, Inc., and Starr Indemnity and Liability Company from the obligation to appear in person, permitting them to attend the Settlement Conference via telephone.

Respectfully submitted,

*/s/ Ryan C. Wallis*
William D. Shultz IL Attorney # 6207607
Ryan C. Wallis IL Attorney # 6288689
Emily A. Sample IN Attorney # 36584-49
MG+M THE LAW FIRM
1405 N. Green Mount Road
Suite 400
O'Fallon, IL 62269
Phone: (618) 277-5500
Facsimile: (618) 607-5299
E-mail: wshultz@mgmlaw.com

Carrie Mount Roelle IN Attorney # 25191-47
KAHN, DEES, DONOVAN & KAHN, LLP
501 Maine Street, Suite 305
Post Office Box 646
Evansville, Indiana  47735-3646

Phone: (812) 423-3183  
Facsimile: (812) 423-3841  
E-mail: croelle@kddk.com  

Attorneys for Defendants, University of Evansville  
and University of Evansville Board of Trustees

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of December, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

Lane C. Siesky, Esq.
Daniel B. Gearhart, Esq.
Douglas K. Briody, *Of Counsel*
SIESKY LAW FIRM, PC
4424 Vogel Rd., Suite 405
Evansville, Indiana 47715
TEL: (812) 402-7700
FAX: (812) 402-7744
lane@sieskylaw.com
dan@sieskylaw.com
doug@sieskylaw.com

Mark K. Phillips, Esq.
Brennan M. Phillips, Esq.
M. Robert Phillips, Esq.
PHILLIPS LAW, P.C.
301 W. Main Street
P.O. Box 427
Boonville, IN 47601
TEL:  (812) 897-4400
FAX:  (812) 897-4451
mphillips@phillipslawpc.com

Patrick A. Shoulders, Esq.
ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP
20 NW First Street, Ninth Floor
P.O. Box 916
Evansville, IN 47706
TEL:  (812) 424-7575
FAX:  (812) 421-5089
pshoulders@zsws.com

                                                 /s/ Ryan C. Wallis