UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, *et al.* )<br>     Plaintiffs, )<br>v. )<br>   )<br>JACOB CARL BUTLER, *et al.*, )<br>     Defendants. )<br>   ) | Cause No. 3:23-cv-00071-JPH-CSW |

## ORDER

This matter comes before the Court on Defendants, Evansville Vanderburgh School Corporation and Board of Trustees of Evansville Vanderburgh School Corporation's, Motion to Excuse Insurance Representative from Personally Attending Settlement Conference (Dkt. No. 104), and the Court being duly advised in the premises, hereby **GRANTS** said Motion;

**IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED** that non-party Liberty Mutual insurance representative Amanda Eades is excused from attending the Settlement Conference in person and is allowed to attend by telephone conference.

**SO ORDERED.**

Date:  December 15, 2023

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

*Distribution to Counsel of Record via the Court's Electronic Filing System*