UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Cause No. 3:23-cv-00071-MPB-CSW |
| JACOB CARL BUTLER, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Defendants, University of Evansville and University of Evansville Board of Trustees' Motion to Excuse Insurance Representatives from Personally Attending Settlement Conference, and the Court being duly advised in the premises, hereby **GRANTS** said Motion (Dkt. No. 109);

IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED that non-party College Risk Retention Group, Inc.'s insurance representative Matthew Thomas and Starr Indemnity and Liability Company's insurance representative Sheralyn Pierre are excused from attending the Settlement Conference in person and are allowed to attend by telephone conference.

**SO ORDERED.**

Date:  December 15, 2023

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

*Distribution to Counsel of Record via the Court's Electronic Filing System*