UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ASHLEE E. PADGETT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00071-MPB-CSW |
| | ) | |
| JACOB CARL BUTLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
SETTLEMENT CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States
Magistrate Judge, in Evansville, Indiana, at 9:00 a.m. (CST), on December 18, 2023,
for a conference under Rule 16, Federal Rules of Civil Procedure.  The parties were
present and represented by counsel.

The parties conducted settlement negotiations, but they were unable to reach
an agreement.

Thereafter, the following **ORDER** is entered:

A **TELEPHONIC STATUS CONFERENCE** is set for **February 16, 2024, at
9:00 a.m.,** Evansville time (CST), before the Honorable Crystal S. Wildeman, United
States Magistrate Judge.  The information needed by counsel to participate in this
telephonic conference will be provided by a separate notification.

This order has been formulated after a conference at which the respective
parties have appeared.  Any party shall file any corrections or additions within

fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:**  December 19, 2023

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**