UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:23-cv-00071-MPB-CSW |
| ) | |
| JACOB CARL BUTLER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Court, having reviewed and considered the Joint Motion to Modify Discovery Deadline in Case Management Plan ("Motion"), filed herein by the Plaintiffs, Defendants Evansville-Vanderburgh School Corporation and Board of School Trustees of the Evansville-Vanderburgh School Corporation, and Defendants University of Evansville and University of Evansville Board of Trustees, and being otherwise duly advised in the premises, does now find and determine there to be good cause shown for the relief requested therein and that said Motion should be, and the same is now and hereby, **GRANTED**.

**IT IS, THEREFORE, ORDERED THAT** the Joint Motion to Modify Discovery Deadline in Case Management Plan is now and hereby **GRANTED**, and that Section III.C. of the Case Management Plan, [Dkt. 40], shall now and hereby be modified to read, in its entirety, as follows:

C.  Dispositive motions are expected and shall be filed by **April 22, 2024**; non-expert witness discovery and discovery relating to liability issues shall be completed by **March 25, 2024**; all remaining discovery shall be completed by **July 17, 2024**.

Absent leave of Court, and for good cause shown, all issues raised on summary judgment under Fed. R. Civ. P. 56 must be raised by a party in a single motion.

        If the required conference under Local Rule 37-1 does not resolve discovery issues that may arise, the parties will request a telephonic status conference prior to filing any disputed motion to compel or for a protective order.

**SO ORDERED.**

**Dated:**

                                        Crystal S. Wildeman
                                        United States Magistrate Judge
                                        Southern District of Indiana

Served electronically on all ECF-registered counsel of record.