UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:23-cv-00071-MPB-CSW |
| | ) |
| JACOB CARL BUTLER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On February 20, 2024, the Court issued an Order to Show Cause [Dkt. 133] for Defendant Jacob Carl Butler's failure to appear at the February 16, 2024, Telephonic Status Conference. Upon the defendant's filing of his Response to Order to Show Cause [Dkt. 135], the Court's Order to Show Cause is hereby **DISCHARGED.**

**SO ORDERED.**

Date:  February 23, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.