UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:23-cv-00071-MPB-CSW |
| | ) |
| JACOB CARL BUTLER, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| THE VANDERBURGH COUNTY CYBER CRIMES TASK FORCE, THE VANDERBURGH COUNTY PROSECUTOR'S OFFICE, | ) |
| | ) |
| Miscellaneous. | ) |

## ORDER

The Parties having filed their Agreed Proposed Fourth Amended Case Management Plan [Dkt. 223] containing all remaining case deadlines consistent with the new trial and final pre-trial settings as ordered by the Court on July 16, 2024 [Dkt. 222], the Court therefore extends the deadline for Plaintiffs to file their Response to the EVSC Defendants' Motion for Summary Judgment, [Dkt. 171] to **August 30, 2024.** Defendants' Reply is extended to **September 13, 2024**.

**SO ORDERED.**

Date: July 24, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.