UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:23-cv-00071-MPB-CSW |
| ) | |
| JACOB CARL BUTLER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| THE VANDERBURGH COUNTY CYBER ) | |
| CRIMES TASK FORCE, ) | |
| THE VANDERBURGH COUNTY ) | |
| PROSECUTOR'S OFFICE, ) | |
| ) | |
| Miscellaneous. ) | |

**MAGISTRATE JUDGE'S MINUTE ENTRY ON
TELEPHONIC DISCOVERY DISPUTE CONFERENCE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, by telephone, at 3:30 p.m., Evansville time (CST), on December 2, 2024, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel. The Parties discussed EVSC's discovery requests to Plaintiffs.

No further orders are entered at this time.

**Dated:** December 4, 2024

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

1

**Served electronically on all ECF-registered counsel of record.**