UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, et al. )<br>    Plaintiffs, )<br>v. )<br>    )<br>JACOB CARL BUTLER, et al., )<br>    Defendants. )<br>    ) | Cause No. 3:23-cv-00071-MPB-CSW |

**JOINT NOTICE OF ANTICIPATED USE OF THE
COURT'S EVIDENCE PRESENTATION EQUIPMENT AT TRIAL**

The parties, by counsel, having heretofore conferred regarding their pretrial obligations and requirements with the Case Management Plan, hereby jointly notify the Court that they intend to use the Court's Electronic Evidence Presentation System and the Court's audio/video equipment at the trial of the within cause of action.

Respectfully submitted,

**ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP**

By: /s/ Robert L. Burkart
Patrick A. Shoulders #308-82
Robert L. Burkart #16664-82
20 NW First Street, 9th Floor
PO Box 916
Evansville, Indiana 47706-0916
Email: pshoulders@zsws.com; rburkart@zsws.com

*Attorneys for Defendants, EVSC and Board of Trustees of EVSC*

1

*/s/ Lane C. Siesky*
Lane C. Siesky, Atty. No. 21094-53
Daniel B. Gearhart, Atty No. 24194-49
Douglas K. Briody, Of Counsel, Atty. No. 17883-82
Siesky Law Firm, Pc
4424 Vogel Rd., Suite 405
Evansville, Indiana 47715
Telephone: (812) 402-7700
Fax: (812) 402-7744
Lane@Sieskylaw.Com
Dan@Sieskylaw.Com
Doug@Sieskylaw.Com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, a copy of the foregoing was filed electronically and service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert L. Burkart*
Robert L. Burkart
