UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:23-cv-00071-MPB-CSW |
| JACOB CARL BUTLER, et al., | ) ) ) |
| Defendants. | ) ) |

To: Warden of New Castle Correctional Facility

**Order to Produce Inmate at Court Proceeding**

You or your designee(s) are **ORDERED** to produce **Jacob Carl Butler**, at the time and place specified in this Order. You must transport him with sufficient meals and any necessary medications.

| | |
|---|---|
| Inmate to be Produced: | Jacob Carl Butler, DOC #292590 |
| Date to be Produced: | May 7, 2025 |
| Time: | 9:00 a.m. Central/10:00 a.m. Eastern |
| Place to be Produced: | Courtroom #301 |
| | United States Courthouse |
| | 101 NW Martin Luther King Jr. Blvd. |
| | Evansville, IN 47708 |

Expected Duration of Court Proceeding: 8 hours

Any questions or information concerning this Order should be brought to the attention of Judge Brookman's Courtroom Deputy at 812-434-6432.

**SO ORDERED.**

Dated: April 16, 2025

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel

Warden
New Castle Correctional Facility
1000 Van Nuys Road
P.O. Box E
New Castle, IN 47362

Courtesy copy to:
Sue Smith: sue.smith@geogroupconsultants.com