UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )　　No. 3:23-cv-00071-MPB-CSW |
| | ) |
| JACOB CARL BUTLER, et al., | ) |
| | ) |
| Defendants. | ) |

**MINUTE ENTRY FOR SETTLEMENT CONFERENCE
HON. CRYSTAL S. WILDEMAN, MAGISTRATE JUDGE**

This matter came before the Honorable Crystal S. Wildeman, United States Magistrate Judge, in Evansville, Indiana, at 10:00 a.m. (CST), on April 25, 2025, for a conference pursuant to Rule 16, Federal Rules of Civil Procedure. The parties were present and represented by counsel.

A settlement has been reached in this action between Plaintiffs and Evansville-Vanderburgh School Corporation and Board of School Trustees of the Evansville-Vanderburgh School Corporation.

IT IS THEREFORE ORDERED that all dates and deadlines between these parties previously established are **VACATED.** Any pending motion is denied as moot. The parties are directed to finalize the agreement to resolve these claims, and to file the appropriate dismissal papers with the Clerk of Court within thirty days (30) days from the date of this order. Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

*Additionally, Plaintiffs have advised the Court that settlement discussions with the only remaining defendant -- Defendant Butler -- are ongoing.  In order to vacate the upcoming trial, Plaintiffs and Defendant Butler must file a notice of resolution.*  If such notice is not filed by close of business on May 1, 2025, the Undersigned will convene Plaintiffs' counsel and Defendant Butler's counsel for a telephonic conference on Friday, May 2, 2025, at 8:30 a.m. CST to discuss the status of the discussions.

**SO ORDERED.**

Dated:  April 28, 2025

_____
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.