UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:23-cv-00071-MPB-CSW |
| | ) |
| JACOB CARL BUTLER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have notified the Court that this matter has settled between Plaintiffs and Defendant **Jacob Carl Butler.**

IT IS THEREFORE ORDERED that all dates and deadlines between these parties previously established are **VACATED.** Any pending motion is denied as moot. The parties are directed to finalize the agreement to resolve these claims, and to file the appropriate dismissal papers with the Clerk of Court within thirty (30) days from the date of this order. Failure to do so may result in dismissal with prejudice pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Date: April 30, 2025

_Crystal S. Wildeman_
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to all ECF registered counsel of record.