UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:23-cv-00071-MPB-CSW |
| JACOB CARL BUTLER, *et al.*, | ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now the Plaintiffs, Ashlee E. Padgett, Casey A. Boyer and Kristy A. Martin, Sean R. Giolitto and Christopher S. Pentecost, and Haley Kanizar, individually, and as the parents, next friends, and natural guardians of their respective minor children, B.L.H., S.A.B., N.C.G., and D.M.F., and the said minor children, by their respective next friends (collectively, the "Plaintiffs"), by counsel, Siesky Law Firm, PC, comes now Defendant Jacob Carl Butler, by counsel, Phillips Law, P.C., and come now Defendants Evansville-Vanderburgh School Corporation and Board of School Trustees of the Evansville-Vanderburgh School Corporation, by counsel, Ziemer, Stayman, Weitzel & Shoulders, LLP, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and report to the Court that all matters at issue between and among the remaining parties to this action have now been fully and finally resolved, and stipulate to the Court that the above-captioned proceeding may now be dismissed, in its entirety, with prejudice, and with all parties to bear their own costs and attorneys' fees herein.

WHEREFORE, the Plaintiffs, Ashlee E. Padgett, Casey A. Boyer and Kristy A. Martin, Sean R. Giolitto and Christopher S. Pentecost, and Haley Kanizar, individually, and as the parents, next friends, and natural guardians of their respective minor children, B.L.H., S.A.B.,

N.C.G., and D.M.F., and the said minor children, by their respective next friends, by counsel, Defendant Jacob Carl Butler, by counsel, and Defendants Evansville-Vanderburgh School Corporation and Board of School Trustees of the Evansville-Vanderburgh School Corporation, by counsel, respectively request the Court to enter an Order DISMISSING the above-captioned proceeding, in its entirety, with prejudice, and with all parties to bear their own costs and attorneys' fees herein.

    Respectfully submitted,

*s/ Lane C. Siesky*
Lane C. Siesky, Atty. No. 21094-53
Daniel B. Gearhart, Atty No. 24194-49
Robert T. Garwood, Atty. No. 32223-49
Douglas K. Briody, *Of Counsel*,
   Atty. No. 17883-82
SIESKY LAW FIRM, PC
4424 Vogel Rd., Suite 405
Evansville, Indiana 47715
Telephone: (812) 402-7700
Fax: (812) 402-7744
lane@sieskylaw.com
dan@sieskylaw.com
robert@sieskylaw.com
doug@sieskylaw.com
ATTORNEYS FOR PLAINTIFFS

*s/ Mark K. Phillips* *
Mark K. Phillips, Atty. No. 16941-49
PHILLIPS LAW, P.C.
301 W. Main Street - PO Box 427
Boonville, IN 47601
Phone: (812) 897-4400
Email: mphillips@phillipslawpc.com
ATTORNEYS FOR DEFENDANT
JACOB CARL BUTLER

|  |  |
|---|---|
|  | ZIEMER STAYMAN WEITZEL & SHOULDERS, LLP |
| By: | *s/ Patrick A. Shoulders* * <br> Patrick A. Shoulders #308-82 <br> Robert L. Burkart #16664-82 <br> 20 NW First Street, 9th Floor <br> Evansville, Indiana 47706-0916 <br> Email: pshoulders@zsws.com; <br> rburkart@zsws.com <br> ATTORNEYS FOR DEFENDANTS EVSC <br> AND BOARD OF TRUSTEES OF EVSC |

*\* Signatures affixed with permission*

### CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, a copy of the foregoing *Stipulation of Dismissal with Prejudice* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Mark K. Phillips <br> *mphillips@phillipslawpc.com* | Patrick A. Shoulders <br> *pshoulders@zsws.com* |
| Robert L. Burkart <br> *rburkart@zsws.com* | |
| | *s/ Lane C. Siesky* <br> Lane C. Siesky <br> SIESKY LAW FIRM, PC <br> 4424 Vogel Rd., Suite 405 <br> Evansville, Indiana 47715 <br> Telephone: (812) 402-7700 <br> Fax: (812) 402-7744 <br> lane@sieskylaw.com <br> ATTORNEYS FOR PLAINTIFFS |