UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ASHLEE E. PADGETT,<br>CASEY A. BOYER,<br>KRISTY A. MARTIN,<br>SEAN R. GIOLITTO,<br>CHRISTOPHER S. PENTECOST,<br>HALEY KANIZAR,<br><br>        Plaintiffs,<br><br>        v.<br><br>JACOB CARL BUTLER,<br>EVANSVILLE-VANDERBURGH SCHOOL<br>CORPORATION,<br>BOARD OF SCHOOL TRUSTEES OF THE<br>EVANSVILLE-VANDERBURGH SCHOOL<br>CORPORATION,<br>BRETT L. HAWKINS,<br>DAY-DRIAN M. FRANKLIN,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:23-cv-00071-MPB-CSW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed and considered the Stipulation of Dismissal with Prejudice, [Dkt. 330], filed herein jointly by the Plaintiffs, Ashlee E. Padgett, Casey A. Boyer and Kristy A. Martin, Sean R. Giolitto and Christopher S. Pentecost, and Haley Kanizar, individually, and as the parents, next friends, and natural guardians of their respective minor children, B.L.H., S.A.B., N.C.G., and D.M.F., and the said minor children, by their respective next friends (collectively, the "Plaintiffs"), and the remaining Defendants, Jacob Carl Butler, Evansville-Vanderburgh School Corporation, and Board of School Trustees of the Evansville-Vanderburgh School Corporation, by their respective counsel, and being otherwise duly advised in the premises, does now and hereby find and determine the same to be in compliance with the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and that the relief and the terms of such relief requested therein are just and proper.

**IT IS, THEREFORE, ORDERED BY THE COURT THAT** the above-captioned

cause should be, and it is now and hereby, **DISMISSED**, in its entirety, with prejudice to all parties, and with all parties to bear their own respective costs and attorneys' fees herein.

    **SO ORDERED.**

Dated: July 24, 2025

*/s/ Matthew P. Brookman*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.

2